IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-079-RLV-DCK

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, AND MERIS DUDZIC, individually and on behalf of all others similarly situated, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>LOWE'S COMPANIES, INC., AND LEXISNEXIS SCREENING SOLUTIONS, INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Brett E. Dressler, concerning Anthony R. Pecora on May 21, 2013. Mr. Pecora seeks to appear as counsel *pro hac vice* for Plaintiffs Jason David Brown, Laszlo Bozso and Meris Dudzic. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Pecora is hereby admitted *pro hac vice* to represent Plaintiffs Jason David Brown, Laszlo Bozso and Meris Dudzic.

　　　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　Signed: May 22, 2013

　　　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　　　United States Magistrate Judge