IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, ) <br> LASZLO BOZSO, and ) <br> MERIS DUDZIC, ) <br> individually and on behalf of ) <br> all others similarly situated, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> LOWE'S COMPANIES, INC., and ) <br> LEXISNEXIS SCREENING ) <br> SOLUTIONS, INC. ) <br>   ) <br> Defendants. ) | Case No. 5:13-CV-00079-RLV-DCK |

**LOWE'S COMPANIES, INC.'S MOTION TO DISMISS COUNT ONE OF
PLAINTIFFS' ORIGINAL CLASS ACTION COMPLAINT WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Lowe's Companies, Inc. ("Lowe's"), through undersigned counsel, respectfully moves this Court for the entry of an order granting its Motion to Dismiss Count One of Plaintiffs' Original Class Action Complaint ("Complaint") with prejudice.

Plaintiffs are not entitled to relief from Lowe's on their claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§1681, *et seq.*, because Count One of the Complaint does not allege a violation of the FCRA by Lowe's. Accordingly, Plaintiffs have failed to state a claim upon which relief can be granted.

For this reason, and as more fully set forth in the accompanying Memorandum of Law, Lowe's respectfully requests that the Court grant its Motion to Dismiss Count One of Plaintiffs'

Original Class Action Complaint with prejudice and grant it such other relief as the Court deems appropriate.

                              **HUNTON & WILLIAMS LLP**

By:   s/Brent A. Rosser
       Brent A. Rosser
       N.C. Bar No. 28789
       Bank of America Plaza
       101 South Tryon Street, Suite 3500
       Charlotte, NC  28280
       Telephone: (704) 378-4700
       Facsimile: (704) 378-4890
       E-Mail:  brosser@hunton.com

       Kevin J. White*
       Robert T. Quackenboss*
       2200 Pennsylvania Avenue, N.W.
       Washington, DC  20037
       Telephone: (202) 955-1500
       Facsimile: (202) 778-2201
       E-Mail: kwhite@hunton.com
       E-Mail: rquackenboss@hunton.com
       *(Pro Hac Vice)*

       ***Attorneys for Defendant Lowe's Companies, Inc.***

# CERTIFICATE OF SERVICE

I certify that on July 11, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following person(s):

>Anthony Rocco Pecora
>Stumphauzer O'Toole
>5455 Detroit Road
>Sheffield Village, OH 44054
>
>Matthew Anderson Dooley
>Stumphauzer O'Toole
>5455 Detroit Road
>Sheffield Village, OH 44054
>
>Brett E. Dressler
>Sellers, Hinshaw, Ayers, Dortch & Lyons, PA
>301 S. McDowell, Suite 410
>Charlotte, NC 28277

I further certify that on July 11, 2013, I served the foregoing by first class mail, postage prepaid, on the following:

>Michael A. Caddell
>Cynthia B. Chapman
>Craig C. Marchiando
>Caddell & Chapman
>1331 Lamar, Suite 1070
>Houston, TX 77010-3027
>
>Leonard A. Bennett
>Consumer Litigation Associates, P.C.
>763 Clyde Morris Blvd., Suite 1A
>Newport News, VA 23601
>
>Ian B. Lyngklip
>Lyngklip & Associates Consumer Law Center, PLC
>24500 Northwestern Highway, Suite 206
>Southfield, MI 48075

>s/Brent A. Rosser