IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, ) | |
| LASZLO BOZSO, and ) | |
| MERIS DUDZIC, individually and on ) | |
| behalf of others similarly situated, ) | |
| ) | Case No. 5:13-cv-00079-RLV-DSC |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| LOWE'S COMPANIES, INC., and ) | |
| LEXISNEXIS SCREENING ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Joint Motion to Stay Briefing and Ruling on
Plaintiffs' Motion for Class Certification and Brief in Support**

Plaintiffs and Defendants jointly move the Court to stay briefing and any ruling on Plaintiffs' pending Motion for Class Certification [Doc. No. 28] to allow first for resolution of Defendants' pending motions to dismiss [Doc. Nos. 31 & 33] and completion of class-related discovery.

Plaintiffs filed their Motion for Class Certification on July 8, 2013. In their Memorandum of Law in support of the motion, Plaintiffs advise the Court that they filed their motion earlier than usual in an effort to prevent a Rule 68 offer of judgment from mooting Plaintiffs' class claims. [Doc. No. 28-1 at p. 2.] Plaintiffs then ask the Court to stay its ruling on the Motion for Class Certification until the

parties can complete class-related discovery, at which time Plaintiffs would expect to file an amended motion based on evidence they hope to develop in discovery. Defendants' responses to Plaintiffs' Motion for Class Certification are due on Monday, July 22, 2013.

Subsequent to Plaintiffs' filing of its Motion for Class Certification, Defendant Lowe's Companies, Inc. filed its Motion to Dismiss Count One of Plaintiffs' Original Class Action Complaint with Prejudice [Doc. No. 31], and Defendant LexisNexis Screening Solutions, Inc., n/k/a First Advantage LNS Screening Solutions, Inc., filed its Motion to Dismiss [Doc. No. 33] (collectively, "Defendants' Motions to Dismiss"). Plaintiffs and Defendants (collectively, the "Parties") show the Court that resolution of Defendants' Motions to Dismiss may alter Plaintiffs' class claims and/or the composition of one or more of the putative classes, thereby mooting some or all of Plaintiffs' pending Motion for Class Certification. The Parties show the Court further that parties customarily are allowed to conduct class-related discovery before the defendants are required to respond to motions for class certification, as such discovery often has a significant impact on the parties' arguments and evidentiary proffers in favor of, and opposed to, class certification.

Accordingly, the Parties jointly request that the Court stay all briefing on Plaintiffs' Motion for Class Certification, and stay any ruling on the motion, until after (a) the Court has ruled on Defendants' pending Motions to Dismiss, and (b) the Parties have had an opportunity to conduct class-related discovery according to the deadlines that will be set out in the Court's forthcoming Scheduling Order. A proposed Consent Order granting this Motion to Stay Briefing and Ruling on Plaintiffs' Motion for Class Certification is attached hereto as Exhibit "A."

This 16th day of July, 2013.

| /s/ Brett E. Dressler | /s/ Brent Alan Rosser |
|---|---|
| Brett E. Dressler | Brent Alan Rosser |
| N.C. Bar No. 34516 | N.C. Bar No. 28789 |
| SELLERS, HINSHAW, AYERS, DORTCH & LYONS, PA | HUNTON & WILLIAMS |
| 301 S. McDowell, Suite 410 | 101 South Tryon Street |
| Charlotte, NC 28277 | Suite 3500 |
| Telephone: 704-377-5050 | Charlotte, NC 28280 |
| Fax: 704-339-0172 | Telephone: 704-378-4707 |
| Email: bdressler@sellershinshaw.com | Fax: 704-331-5146 |
| | Email: brosser@hunton.com |
| Anthony Rocco Pecora | Kevin James White |
| Admitted *pro hac vice* | Admitted *pro hac vice* |
| Matthew Anderson Dooley | Robert T. Quackenboss |
| Admitted *pro hac vice* | Admitted *pro hac vice* |
| STUMPHAUZER O'TOOLE | HUNTON & WILLIAMS LLP |
| 5455 Detroit Road | 2200 Pennsylvania Avenue, N.W. |
| Sheffield Village, OH 44054 | Washington, DC 20037 |
| Telephone: 440-930-4001 | Telephone: 202-955-1886 |
| Fax: 440-934-7208 | Fax: 202-778-2201 |
| Email: apecora@sheffieldlaw.com | Email: kwhite@hunton.com |
| Email: mdooley@sheffieldlaw.com | Email: rquackenboss@hunton.com |
| | ***Attorneys for Defendant Lowe's Companies, Inc.*** |

Craig Carley Marchiando
Admitted *pro hac vice*
Cynthia B. Chapman
Admitted *pro hac vice*
Michael A. Caddell
Admitted *pro hac vice*
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Fax: 713-751-0906
Email: ccm@caddellchapman.com
Email: cbc@caddellchapman.com
Email: mac@caddellchapman.com

Leonard A. Bennett
N.C. Bar No. 21576
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Fax: 757-930-3662

*Attorneys for Plaintiffs*

/s/ Robert W. Fuller
Robert W. Fuller
N.C. Bar No. 10887
Pearlynn G. Houck
N.C. Bar No. 36364
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704-377-8324
Fax: 704-373-3924
Email: rfuller@rbh.com
Email: phouck@rbh.com

Henry R. Chalmers
Admitted *pro hac vice*
C. Knox Withers
Admitted *pro hac vice*
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404-873-8500
Fax: 404-873-8501
Email: henry.chalmers@agg.com
knox.withers@agg.com

Jeffrey S. Jacobovitz
Admitted *pro hac vice*
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 20006
Telephone: 202-677-4030
Fax: 202-677-4031
Email: jeffrey.jacobovitz@agg.com

*Attorneys for Defendant LexisNexis Screening Solutions, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, <br> LASZLO BOZSO, and <br> MERIS DUDZIC, individually and on <br> behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWE'S COMPANIES, INC., and <br> LEXISNEXIS SCREENING <br> SOLUTIONS, INC., <br><br> Defendants. | Case No. 5:13-cv-00079-RLV-DCK |

## Certificate of Service

I hereby certify that on July 16, 2013, I electronically filed the foregoing Joint Motion to Stay Briefing and Ruling on Plaintiffs' Motion for Class Certification and Brief in Support with the Clerk of the Court using the CM/ECF system, which sent notification of such to the following counsel of record:

**Michael A. Caddell**
**Cynthia B. Chapman**
**Craig C. Marchinado**
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, Texas 77101-3027
mac@caddellchapman.com
cbc@caddellchapman.com
ccm@caddellchapman.com

**Brett E. Dressler**
Sellers, Hinshaw, Ayers, Dortch &
Lyons, P.A.
301 S. McDowell, Suite 410
Charlotte, North Carolina 28277
bdressler@sellershinshaw.com

| | |
|---|---|
| **Brent Allan Rosser**<br>Hunton & Williams LLP<br>101 South Tryon Street<br>Suite 3500<br>Charlotte, North Carolina 28280<br>brosser@hunton.com | **Anthony Rocco Pecora**<br>**Matthew Anderson Dooley**<br>Strumphauzer O'Toole<br>5455 Detroit Road<br>Sheffield Village, Ohio 44054<br>apecora@sheffieldlaw.com<br>mdooley@sheffieldlaw.com |

**Kevin James White**
**Robert T. Quackenboss**
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
khwhite@hunton.com
rquackenboss@hunton.com

On this day, I also served the following via First Class U.S. mail in postage-prepaid, self-addressed envelopes as follows:

**Leonard A. Bennett**
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard
Suite 1A
Newport News, Virginia 23601

**Ian B. Lyngklip**
Lyngklip & Associates Consumer Law Center
24500 Northwestern Hwy., Suite 206
Southfield, Michigan 48075

This 16th day of July, 2013.

/s/ Robert W. Fuller
Robert W. Fuller
N.C. Bar No. 10887