# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC., <br><br> Defendants. | Case No. 5:13-cv-00079-RLV-DSC |

## CONSENT ORDER

Plaintiffs and Defendants (collectively, the "Parties") have jointly moved the Court to stay briefing and any ruling on Plaintiffs' pending Motion for Class Certification (document #28). Having conferred with the chambers of the Honorable Richard L. Voorhees, the Court hereby **GRANTS** the Parties' Joint Motion to Stay Briefing and Ruling on Plaintiffs' Motion for Class Certification and Brief in Support and **ORDERS** that all briefing and any ruling on Plaintiffs' Motion for Class Certification be stayed until further order of the Court, so that the Court may consider motions to dismiss filed by each of the Defendants, and so that the Parties may conduct class-related discovery.

**SO ORDERED.**

Signed: July 16, 2013

David S. Cayer
United States Magistrate Judge

/s/ Brett E. Dressler
Brett E. Dressler
N.C. Bar No. 34516
SELLERS, HINSHAW, AYERS, DORTCH
& LYONS, PA
301 S. McDowell, Suite 410
Charlotte, NC 28277
Telephone: 704-377-5050
Fax: 704-339-0172
Email: bdressler@sellershinshaw.com

Anthony Rocco Pecora
Admitted *pro hac vice*
Matthew Anderson Dooley
Admitted *pro hac vice*
STUMPHAUZER O'TOOLE
5455 Detroit Road
Sheffield Village, OH 44054
Telephone: 440-930-4001
Fax: 440-934-7208
Email: apecora@sheffieldlaw.com
Email: mdooley@sheffieldlaw.com

Craig Carley Marchiando
Admitted *pro hac vice*
Cynthia B. Chapman
Admitted *pro hac vice*
Michael A. Caddell
Admitted *pro hac vice*
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
Telephone: 713-751-0400
Fax: 713-751-0906
Email: ccm@caddellchapman.com
Email: cbc@caddellchapman.com
Email: mac@caddellchapman.com

Leonard A. Bennett
N.C. Bar No. 21576
CONSUMER LITIGATION ASSOCIATES,

/s/ Brent Alan Rosser
Brent Alan Rosser
N.C. Bar No. 28789
HUNTON & WILLIAMS
101 South Tryon Street
Suite 3500
Charlotte, NC 28280
Telephone: 704-378-4707
Fax: 704-331-5146
Email: brosser@hunton.com

Kevin James White
Admitted *pro hac vice*
Robert T. Quackenboss
Admitted *pro hac vice*
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Telephone: 202-955-1886
Fax: 202-778-2201
Email: kwhite@hunton.com
Email: rquackenboss@hunton.com

*Attorneys for Defendant Lowe's Companies, Inc.*

/s/ Robert W. Fuller
Robert W. Fuller
N.C. Bar No. 10887
Pearlynn G. Houck
N.C. Bar No. 36364
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704-377-8324
Fax: 704-373-3924
Email: rfuller@rbh.com
Email: phouck@rbh.com

Henry R. Chalmers

P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Fax: 757-930-3662

*Attorneys for Plaintiffs*

Admitted *pro hac vice*
C. Knox Withers
Admitted *pro hac vice*
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404-873-8500
Fax: 404-873-8501
Email: henry.chalmers@agg.com
knox.withers@agg.com

Jeffrey S. Jacobovitz
Admitted *pro hac vice*
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue, N.W.,
Suite 1000
Washington, D.C. 20006
Telephone: 202-677-4030
Fax: 202-677-4031
Email: jeffrey.jacobovitz@agg.com

*Attorneys for Defendant LexisNexis Screening Solutions, Inc.*