## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:13-CV-00079-RLV-DSC

| | | |
|---|---|---|
| **JASON DAVID BROWN,** | § | |
| **LASZLO BOZSO, and** | § | |
| **MERIS DUDZIC,** | § | |
| **individually and on behalf** | § | |
| **of all others similarly situated,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **LOWE'S COMPANIES, INC., and** | § | |
| **LEXISNEXIS SCREENING** | § | |
| **SOLUTIONS, INC.** | § | |
| | § | **Jury Trial Demanded** |
| **Defendants.** | § | |

### PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME
### BY WHICH TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Plaintiffs Jason David Brown, Laszlo Bozso, and Meris Dudzic, on behalf of themselves and all others similarly situated, move the Court for an enlargement of the time by which they are to respond to separate motions to dismiss filed by each Defendant. In support of their Motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on May 16, 2013, and both Defendants were served with the Original Complaint on May 23, 2013. (Dkt. No. 9 ¶ 2; Dkt. No. 18 ¶ 1.)

2. Plaintiffs consented to, and the Court granted, each Defendant an additional 30 days by which to file their responsive pleadings, making each due July 15, 2013. (Dkt. Nos. 14, 20.)

3.     In response to the Complaint, Lowe's filed a Motion to Dismiss Count One of Plaintiffs' Original Class Action Complaint With Prejudice on July 11 (Dkt. No. 31), and LexisNexis filed a Motion to Dismiss on July 12 (Dkt. No. 33).

4.     The responses to those motions are both due July 29, 2013, so the time by which to respond has not yet expired.

5.     As there are two dispositive motions now pending, Plaintiffs' Counsel needs additional time to investigate, research, and prepare Plaintiffs' responses.

6.     Plaintiffs therefore request that the Court grant them an additional 21 days by which to respond, making the due date August 19, 2013.

7.     This is Plaintiffs' first request for an enlargement of time to respond to these motions to dismiss.

8.     Granting this extension will not impact any other pending deadlines in this case, as the Court has not yet entered a scheduling order.

9.     This Motion is made in good faith and not for delay or any other improper purpose.

10.    Consistent with Local Civil Rule 7.1(B), Plaintiffs' Counsel consulted with Counsel for both Defendants, and neither opposes the relief sought in this Motion.

WHEREFORE, Plaintiffs request that the Court extend the time by which they are to respond to Defendants' motions to dismiss by 21 days, up to and including August 19, 2013.

DATED: July 19, 2013

Respectfully submitted,

By:             /s/ Michael A. Caddell

Michael A. Caddell (*pro hac vice*)
Cynthia B. Chapman (*pro hac vice*)
Craig C. Marchiando (*pro hac vice*)
**CADDELL & CHAPMAN**
1331 Lamar, Suite 1070
Houston TX 77010-3027
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Brett E. Dressler (N.C. Bar No. 34516)
**SELLERS, HINSHAW, AYERS, DORTCH & LYONS, P.A.**
301 S. McDowell Street, Suite 410
Charlotte, NC 28204
Telephone: (704) 377-5050
Facsimile: (704) 339-0172

Leonard A. Bennett (N.C. Bar No. 21576)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

Matthew A. Dooley (*pro hac vice* pending)
Anthony R. Pecora (*pro hac vice* pending)
**STUMPHAUZER | O'TOOLE**
5455 Detroit Road
Sheffield Village, Ohio  44054
Tel: (440) 930-4001

Ian B. Lyngklip (*pro hac vice* forthcoming)
**LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC**
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
Telephone:  (248) 208-8864

***Attorneys for Plaintiffs***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing document with the Clerk of Court

for the Western District of North Carolina, Statesville Division, by using the CM/ECF system.

The CM/ECF system sent notice of this filing to the following Counsel of Record:

Brent Alan Rosser
Hunton & Williams
101 South Tryon Street
Suite 3500
Charlotte, NC 28280
704-378-4707
Fax: 704-331-5146
Email: brosser@hunton.com

Kevin James White
Robert T. Quackenboss
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
202-955-1886
Fax: 202-778-2201
Email: kwhite@hunton.com

*Counsel for Defendant*
*Lowes Companies, Inc.*

C. Knox Withers
Henry R. Chalmers
Arnall Golden Gregory, LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
404-873-8129
Fax: 404-873-8130
Email: knox.withers@agg.com

Jeffrey S. Jacobovitz
Arnall Golden Gregory, LLP
1775 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
202-677-4056
Fax: 202-677-4057
Email: jeffrey.jacobovitz@agg.com

Pearlynn Gilleece Houck
Robert Walker Fuller, III
Robinson, Bradshaw & Hinson, PA
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
704-377-8396
Fax: 704-373-3996
Email: phouck@rbh.com

*Counsel for Defendant*
*LexisNexis Screening Solutions, Inc.*

_____/s/ Michael A. Caddell_____
Michael A. Caddell