IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00079-RLV-DSC

| | |
|---|---|
| **JASON DAVID BROWN, et. al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **LOWE'S COMPANIES, INC., et. al.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiffs' "Unopposed Motion to Enlarge Time By Which to Respond to Defendants' Motion to Dismiss" (document #39) filed July 19, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: July 19, 2013

David S. Cayer
United States Magistrate Judge