# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC. <br> Defendants. | Case No. 5:13-CV-00079-RLV-DSC |

## ORDER GRANTING STAY OF PROCEEDINGS PENDING MEDIATION

THIS CAUSE came before the Court on the parties' Joint Motion to Stay Proceedings Pending Mediation the above-captioned matter. The Court, having reviewed the Motion and the file, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. All proceedings in this matter, with the exception of Defendant Lowe's Companies, Inc.'s pending Motion to Consolidate (Doc. No. 60), are stayed pending mediation, to and including April 30, 2015. On or before April 30, 2015, the parties shall provide a status report to the Court regarding mediation and, if the case has not resolved, submit a revised Pretrial Order and Case Management Plan.

**SO ORDERED.**

Signed: February 20, 2015

David S. Cayer
United States Magistrate Judge