IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:13CV79-RLV

| | |
|---|---|
| JASON DAVID BROWN, <br> LASZLO BOZSO, and <br> MERIS DUDZIC, <br> individually and on behalf of <br> all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S COMPANIES, INC., and <br> LEXISNEXIS SCREENING <br> SOLUTIONS, INC. <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING CONSOLIDATION OF CASES

This matter is before the court upon the Motion to Consolidate related cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure filed by Defendant Lowe's Companies, Inc., ("Lowe's") with reference to the above-captioned matter and a case recently transferred to this district from the Middle District of Florida, *Ingram Fleming, et al. v. Lowe's Home Centers, LLC*, 5:15CV18-RLV. (Doc. 60). As represented in a separate filing of February 20, 2015, a Motion to Stay submitted by Lowe's on behalf of all of the parties, the parties in both actions are in agreement that consolidation "will further facilitate the management and resolution of both cases." (Doc. 62, ¶ 12). For good cause shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that the cases be consolidated for pretrial proceedings, including discovery, and, if necessary, for trial.

**IT IS HEREBY ORDERED** that *Ingram Fleming, et al. v. Lowe's Home Centers, LLC*, 5:15CV18-RLV be consolidated into the earlier-filed case, *Brown, et al. v. Lowe's Companies, Inc., et al.*, 5:13CV79-RLV, which is hereby designated the "Lead Case" for purposes of docketing, and be governed by an updated Case Management Order to be issued by the Court in due course.

Signed: February 20, 2015

Richard L. Voorhees
United States District Judge