# LOWE'S FAIR CREDIT REPORTING ACT (FCRA) DISCLOSURE AND RELEASE   *indicates a required field

## PART 1. Disclosure:

Except where prohibited by law, Lowe's Companies Inc., (and all related companies and divisions is advising you that it may obtain "Consumer Reports" and/or "Investigative Consumer Reports" from a Consumer Reporting Agency ("CRA") about you when considering your application for employment, when deciding whether to continue your employment (if you are hired), and when making other employment-related decisions concerning you. Those Consumer Reports and/or Investigative Consumer Reports may include information about your character, general reputation, personal characteristics, and/or mode of living, and which can involve personal interviews with sources such as you neighbors, friends, or associates. Lowe's may also obtain motor vehicle records regarding you. These reports may be obtained at any time after receipt of your authorization and, if you are hired, throughout your employment.

Lowe's may rely on any or all of the above-referenced information when making an employment decision that directly affects you. If Lowe's contemplates making an employment decision that adversely affects you based, in whole or in part, upon information obtained from a CRA, you will be provided additional notices and information.

Your date of birth and driver's license information will not be made available to the hiring manager.

## PART 2. Authorization and Release:

By signing below, I hereby authorize Lowe's and/or its authorized agents, to conduct an investigation of me, including without limitation, obtaining Consumer Reports, including Investigative Consumer Reports from a CRA and to consider the Consumer Reports when making decisions regarding my employment. Those Consumer Reports, as defined in the FCRA, may include any or all of the following information concerning my "credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living." This authorization and release includes, but not limited to any information held by any parties regarding my current and past employment, my record of convictions for violations of any federal, state, and local statutes, laws, and ordinances, and/or my driving record. I hereby release and hold harmless Lowe's, its agents and affiliates all individuals, companies, and law enforcement authorities from all liabilities damages for the release and dissemination of this information. I understand that this investigation is for employment purposes only. I release Lowe's, its agents and employees, from liability arising from any erroneous or omitted information that may be obtained and disseminated pursuant to this release.

Notice to California Applicant: Under Section 1786.22 of the California Civil Code, you may view the file maintained on you by Lexis Nexis Screening Solutions, P.O. Box 49429, Charlotte, NC 28277-2712; 1-800-403-4750 during normal business hours. You may also obtain a copy of this file, either in person or by mail, by submitting proper identification and paying the costs of duplication services. You may also receive a summary of the file by telephone by being able to provide adequate identification as to allow Lexis Nexis to determine with reasonable certainty that you are the subject of the report. Lexis Nexis is required to have personnel available to explain your file to you and must explain to you any coded information appearing in your file. If you appear in person, another person of your choice may accompany you, provided that this additional person furnishes proper identification.

Notice to Maine Applicants: You have a right, upon request, to be informed of whether an investigative consumer report was requested, and if one was requested, the name and address of the consumer reporting agency furnishing the report. You may request and receive from Lowe's, within five business days of our receipt of your request, the name, address and telephone number of the nearest unit designated to handle inquires for the consumer reporting agency issuing an investigative consumer report concerning you. You also have the right, under Maine law, to request and promptly receive from all such agencies copies of any such reports.

Notice to Maryland, New Hampshire and Washington State Applicants: You have a right, upon written request, to be provided a complete and accurate disclosure of the nature and scope of the investigation related to any investigative consumer report regarding you. This disclosure will be made to you not later that five days after the date on which the request for the disclosure was received from you or the report was first requested, whichever date is later.

Notice to Massachusetts and New Jersey Applicants: You have a right to request that the consumer reporting agency provide you with a copy of its report upon its completion.

Notice to New York Applicants: You have the right, upon written request, to be informed whether an investigative consumer report was requested. If such a report is requested, you will be provided with the name and address of the consumer reporting agency furnishing the report. You may inspect and receive a copy of the report by contacting the agency.