# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC. <br> Defendants. | Case No. 5:13-CV-00079-RLV-DCK <br><br> *Consolidated with*: Case No. 5:15-cv-00018 |

## ORDER GRANTING EXTENSION OF STAY PENDING MEDIATION

THIS MATTER is before the Court on the parties' Joint Motion to Extend Stay Pending Mediation in the above-captioned matter. The Court, having reviewed the Motion and the file, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. The stay of all proceedings in this matter pending mediation is extended to and including June 1, 2015. On or before June 1, 2015, the parties shall provide a status report to the Court regarding mediation and, if the case has not resolved, submit a revised Pretrial Order and Case Management Plan.

**SO ORDERED.**

Signed: May 1, 2015

_____
David S. Cayer
United States Magistrate Judge