IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC. <br> Defendants. | Case No. 5:13-CV-00079-RLV-DCK <br><br> *Consolidated with*: Case No. 5:15-cv-00018 |

## ORDER GRANTING EXTENSION OF STAY PENDING MEDIATION

**THIS MATTER** is before the Court on the parties' Second Joint Motion to Extend Stay Pending Mediation in the above-captioned matter. The Court, having reviewed the Motion and the File, and for good cause shown, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The stay of all proceedings in this matter pending mediation is extended to and including July 1, 2015. On or before July 1, 2015, the parties shall provide a status report to the Court regarding mediation and, if the case has not resolved, submit a revised Pretrial Order and Case Management Plan.

**SO ORDERED.**

Signed: June 1, 2015

Richard L. Voorhees
United States District Judge