# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

|  |  |  |
|---|---|---|
| **JASON DAVID BROWN,** | ) | |
| **LASZLO BOZSO, and** | ) | |
| **MERIS DUDZIC,** | ) | |
| individually and on behalf of | ) | |
| all others similarly situated, | ) | |
|  | ) | |
| **Plaintiffs,** | ) | **Case No. 5:13-CV-00079-RLV-DSC** |
|  | ) | |
| **v.** | ) | |
|  | ) | *Consolidated with*: **Case No. 5:15-cv-00018** |
| **LOWE'S COMPANIES, INC., and** | ) | |
| **LEXISNEXIS SCREENING** | ) | |
| **SOLUTIONS, INC.** | ) | |
| **Defendants.** | ) | |
|  | ) | |

## ORDER GRANTING EXTENSION OF STAY PENDING MEDIATION

THIS MATTER is before the Court on the parties' Fifth Joint Motion to Extend Stay

Pending Mediation in the above-captioned matter. The Court having reviewed the Motion and for

good cause shown, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. The stay of all proceedings

in this matter pending mediation is extended to and including December 31, 2015. On or before

October 15, 2015, the parties shall provide to the Court the proposed terms of settlement regarding

the Disclosure Class, or a status report regarding the Lowe's settlement.

**SO ORDERED.**

Signed: September 16, 2015

_____

David S. Cayer
United States Magistrate Judge