IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated, </br></br>　　　Plaintiffs, </br></br>v. </br></br>LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC. </br></br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | </br></br></br></br></br></br>No. 5:13-CV-00079-RLV-DSC </br>(consolidated case number) |
| APRIL INGRAM-FLEMING, individually and on behalf of all others similarly situated, </br></br>Plaintiff, </br></br>v. </br></br>LOWE'S HOME CENTERS, LLC, d/b/a LOWE'S, </br></br>　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | </br></br></br></br></br></br>No. 5:15-CV-00018-RLV-DSC |

**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND
CERTIFICATION OF A SETTLEMENT CLASS**

　　Plaintiffs, Jason Brown, Laszlo Bozso, Meris Dudzic and April Ingram-Fleming, pursuant to Rule 23 of the Federal Rules of Civil Procedure and LCvR 7.1, hereby respectfully move the Court for certification of a settlement class and for preliminary approval of a class action settlement. Plaintiffs show that the settling Defendant, Lowe's Companies, Inc., joins in the motion.

　　In further support, the parties respectfully direct the Court to the Plaintiffs' brief in

support and exhibits, filed herewith.  The parties' Settlement Agreement and Release is attached to the brief as Exhibit 1 thereto.  A proposed order granting the preliminary approval of the settlement and conditionally certifying a settlement class is attached to the Settlement Agreement as Exhibit D to said agreement.

Wherefore, the parties respectfully ask the Court to enter the proposed preliminary approval order:  (1) preliminarily certifying an opt-out class for purposes of the settlement; (2) preliminarily approving the proposed settlement agreement; (3) approving the form and manner of notice, and (4) setting a date for a final fairness hearing and final approval of the proposed settlement and corresponding interim deadlines for dissemination of notice and for objections by class members; and (5) for such other and further relief as the Court deems just and proper.

Respectfully submitted this 7th day of December, 2015.

s/Mona Lisa Wallace
Mona Lisa Wallace (NC Bar No. 9021)
John Hughes (NC Bar No. 22126)
WALLACE and GRAHAM, P.A.
525 North Main Street
Salisbury, NC  28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
MWallace@WallaceGraham.com
JHughes@WallaceGraham.com

Leonard Anthony Bennett
Consumer Litigation Associates
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
757-930-3660
757-930-3662 (fax)
lenbennett@clalegal.com

Luis A. Cabassa
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
813-379-2565
813/229-8712 (fax)
lcabassa@wfclaw.com
bhill@wfclaw.com

Michael A. Caddell
Cynthia B. Chapman
Caddell & Chapman
1331 Lamar St, Suite 1070
Houston, TX 77010
713-751-0400
713-751-0906 (fax)
mac@caddellchapman.com
cbc@caddellchapman.com

Matthew Anderson Dooley
Anthony Rocco Pecora
O'Toole McLaughlin Dooley & Pecora Co. LPA
5455 Detroit Road
Sheffield Village, OH 44054
440-930-4001
440-934-7208 (fax)
mdooley@omdplaw.com
apecora@omdplaw.com

Brett E. Dressler
Sellers, Hinshaw, Ayers, Dortch & Lyons, PA
301 S. McDowell, Suite 410
Charlotte, NC 28277
704-377-5050
704-339-0172 (fax)
bdressler@sellersayers.com

Ian B Lyngklip
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
248-208-8864
248-208-9073 (fax)
Ian@MichiganConsumerLaw.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All counsel of record in this case, including:

>Robert Walker Fuller, III
>Pearlynn Gilleece Houck
>Robinson, Bradshaw & Hinson, PA
>101 North Tryon Street, Suite 1900
>Charlotte, NC 28246
>704-377-8396
>704-373-3996 (fax)
>rfuller@rbh.com
>phouck@rbh.com
>
>Jeffrey S. Jacobovitz
>Arnall Golden Gregory, LLP
>1775 Pennsylvania Avenue, NW, Suite 1000
>Washington, DC 20006
>202-677-4056
>202-677-4057 (fax)
>jeffrey.jacobovitz@agg.com
>
>C. Knox Withers
>Arnall Golden Gregory, LLP
>171 17th Street NW, Suite 2100
>Atlanta, GA 30363
>404-873-8646
>404-873-8647 (fax)
>henry.chalmers@agg.com
>knox.withers@agg.com
>
>Robert T. Quackenboss
>Kevin James White
>Hunton & Williams, LLP
>2200 Pennsylvania Avenue, NW
>Washington, DC 20037
>202-955-1950
>202-778-7471 (fax)
>rquackenboss@hunton.com
>kwhite@hunton.com

Brent Alan Rosser
Hunton & Williams
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
704-378-4707
704-331-5146 (fax)
brosser@hunton.com

        Respectfully submitted,
        WALLACE and GRAHAM, P.A.
        Attorneys for Plaintiffs

        s/Mona Lisa Wallace
        Mona Lisa Wallace (NC Bar No. 9021)
        John Hughes (NC Bar No. 22126)
        525 North Main Street
        Salisbury, NC  28144
        Tel. No. (704)633-5244
        Fax: (704)633-9434
        mwallace@wallacegraham.com
        jhughes@wallacegraham.com