IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC.<br><br>Defendants. | No. 5:13-CV-00079-RLV-DSC (consolidated case number) |
| APRIL INGRAM-FLEMING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, d/b/a LOWE'S,<br><br>Defendant. | No. 5:15-CV-00018-RLV-DSC |

## SUPPLEMENT TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Jason Brown, Laszlo Bozso, Meris Dudzic and April Ingram-Fleming, with the consent and agreement of Defendant, Lowe's Companies, Inc. (collectively the "Parties"), hereby supplement the motion for preliminary approval which was filed on December 7, 2015 (Doc. 96) as follows:

Plaintiffs represent to the Court that the Parties to the settlement have agreed upon and engaged American Legal Claim Services ("ALCS") as the Claims Administrator as contemplated

by the Settlement Agreement and Release, subject to this Court's preliminary approval of the settlement. Plaintiffs show that ALCS is a well-known and competent class action administrator. See company information at its website, https://www.americanlegal.com/.

Accordingly, Plaintiffs herewith supplement their prior filing of their proposed preliminary approval order at Doc. 97-5, with a revised proposed order that now at paragraph 6 includes the name of American Legal Claims as the Claims Administrator where formerly there was a blank. See attached exhibit.

Wherefore, Plaintiffs respectfully ask that the Court grant preliminary approval and allow the class notice to be sent.

Respectfully submitted, this 4th day of January, 2016.

>s/Mona Lisa Wallace
> Mona Lisa Wallace (NC Bar No. 9021)
> John Hughes (NC Bar No. 22126)
> WALLACE and GRAHAM, P.A.
> 525 North Main Street
> Salisbury, NC 28144
> Tel. No. (704) 633-5244
> Fax: (704) 633-9434
> MWallace@WallaceGraham.com
> JHughes@WallaceGraham.com
> *One of the attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All counsel of record in this case, including:

      Robert Walker Fuller, III
      Pearlynn Gilleece Houck
      Robinson, Bradshaw & Hinson, PA
      101 North Tryon Street, Suite 1900
      Charlotte, NC 28246
      704-377-8396
      704-373-3996 (fax)
      rfuller@rbh.com
      phouck@rbh.com

      Jeffrey S. Jacobovitz
      Arnall Golden Gregory, LLP
      1775 Pennsylvania Avenue, NW, Suite 1000
      Washington, DC 20006
      202-677-4056
      202-677-4057 (fax)
      jeffrey.jacobovitz@agg.com

      C. Knox Withers
      Arnall Golden Gregory, LLP
      171 17th Street NW, Suite 2100
      Atlanta, GA 30363
      404-873-8646
      404-873-8647 (fax)
      henry.chalmers@agg.com
      knox.withers@agg.com

      Robert T. Quackenboss
      Kevin James White
      Hunton & Williams, LLP
      2200 Pennsylvania Avenue, NW
      Washington, DC 20037
      202-955-1950
      202-778-7471 (fax)
      rquackenboss@hunton.com
      kwhite@hunton.com

3

Case 5:13-cv-00079-RLV-DSC   Document 99   Filed 01/04/16   Page 3 of 4

Brent Alan Rosser
Hunton & Williams
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
704-378-4707
704-331-5146 (fax)
brosser@hunton.com

        Respectfully submitted,
        WALLACE and GRAHAM, P.A.
        Attorneys for Plaintiffs

        s/Mona Lisa Wallace
        Mona Lisa Wallace (NC Bar No. 9021)
        John Hughes (NC Bar No. 22126)
        525 North Main Street
        Salisbury, NC  28144
        Tel. No. (704)633-5244
        Fax: (704)633-9434
        mwallace@wallacegraham.com
        jhughes@wallacegraham.com