IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00079-RLV-DSC

| | |
|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, AND MERIS DUDZIC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S COMPANIES, INC., AND FIRST ADVANTAGE BACKGROUND SERVICES CORP. F/K/A LEXISNEXIS SCREENING SOLUTIONS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion pursuant to the filing of a Third Amended Complaint. [Doc. No. 114]. Because the Third Amended Complaint (Doc. No. 114) supersedes the Second Amended Complaint (Doc. No. 56), Defendant First Advantage Background Services Corporation's Motion for Partial Summary Judgment (Doc. No. 106) is hereby **DENIED-AS-MOOT** and *without prejudice*.

**SO ORDERED**.

Signed: April 15, 2016

Richard L. Voorhees
United States District Judge

-1-