IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 5:13-CV-00079-RLV-DSC (consolidated case number) |
| LOWE'S COMPANIES, INC., and LEXISNEXIS SCREENING SOLUTIONS, INC. | ) ) ) ) ) | |
| Defendants. | ) ) | |
| APRIL INGRAM-FLEMING, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 5:15-CV-00018-RLV-DSC |
| LOWE'S HOME CENTERS, LLC, d/b/a LOWE'S, | ) ) ) ) | |
| Defendant. | ) ) | |

PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Jason Brown, Laszlo Bozso, Meris Dudzic, and April Ingram-Fleming, pursuant to Rule 23 of the Federal Rules of Civil Procedure and LCvR 7.1, hereby respectfully move the Court to enter an Order affording final approval of the settlement with Defendant Lowe's Companies, Inc. with regard to the Disclosure Settlement Class.

In further support, the Plaintiffs file herewith their Memorandum in Support, and supporting exhibits.

Wherefore, the Plaintiffs respectfully request that the Court enter an Order reflecting the final approval of the instant settlement.

Respectfully submitted this 23rd day of May, 2016.

        s/Mona Lisa Wallace
Mona Lisa Wallace (NC Bar No. 9021)
John Hughes (NC Bar No. 22126)
WALLACE and GRAHAM, P.A.
525 North Main Street
Salisbury NC 28144
Telephone: (704) 633-5244
Facsimile: (704) 633-9434
MWallace@WallaceGraham.com
JHughes@WallaceGraham.com

Leonard Anthony Bennett
Consumer Litigation Associates
12515 Warwick Boulevard, Suite 100
Newport News VA 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

Luis A. Cabassa
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa FL 33602
Telephone: (813) 379-2565
Facsimile: (813) 229-8712
lcabassa@wfclaw.com
bhill@wfclaw.com

Michael A. Caddell
Cynthia B. Chapman
Caddell & Chapman
1331 Lamar St, Suite 1070
Houston TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com

Matthew Anderson Dooley
Anthony Rocco Pecora
O'Toole McLaughlin Dooley & Pecora Co. LPA
5455 Detroit Road
Sheffield Village OH 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
mdooley@omdplaw.com
apecora@omdplaw.com

Brett E. Dressler
Sellers, Ayers, Dortch & Lyons, PA
301 S. McDowell, Suite 410
Charlotte NC 28277
Telephone: (704) 377-5050
Facsimile: (704) 339-0172
bdressler@sellersayers.com

Ian B Lyngklip
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield MI 48075
Telephone: (248) 208-8864
Facsimile: (248) 208-9073
Ian@MichiganConsumerLaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 23rd, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All counsel of record in this case:

        Respectfully submitted,
        WALLACE and GRAHAM, P.A.
        Attorneys for Plaintiffs

        s/Mona Lisa Wallace
        Mona Lisa Wallace (NC Bar No. 9021)
        John Hughes (NC Bar No. 22126)
        525 North Main Street
        Salisbury NC 28144
        Telephone: (704)633-5244
        Facsimile: (704)633-9434
        mwallace@wallacegraham.com
        jhughes@wallacegraham.com

4

Case 5:13-cv-00079-RLV-DSC   Document 127   Filed 05/23/16   Page 4 of 4