RECEIVED
STATESVILLE, NC
MAY 26 2016
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
STATESVILLE, N.C.
MAY 26 2016
U.S. District Court
Western District of N.C.

Brian Greer
588 Rafael St.
Redding, CA 96002
Brian.Greer@Yahoo.com
(530) 226-8304

RECEIVED
Charlotte, NC
MAY 23 2016
Clerk, US District Court
Western District NC

May 19, 2016

Clerk of Court
United States District Court
Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street, Room 210
Charlotte, NC 28202

A copy of this letter has been sent to:

Consumer Litigation Associates, P.C.
Attn: Leonard Bennett
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601

and

Hunton & Williams LLP
Attn: Robert T. Quackenboss
2200 Pennsylvania Avenue, NW
Washington, DC 20037

Re: Brown, et al. v. Lowes Companies Inc., Case No. 5:13-CV-00079-RLV-DSC.

Attached is a copy of proof-of-mailing of my claim/election-form securing my place as a member of the plaintiff class in the above case.

Sincerely,
Brian Greer       /s/ Brian Greer

```
=========================================
              REDDING
        2323 CHURN CREEK RD
              REDDING
                CA
            96002-9998
            0563560001
04/20/2016    (800)275-8777    12:53 PM
=========================================
=========================================
Product              Sale      Final
Description          Qty       Price
-----------------------------------------
First-Class           1        $0.47
Mail
Letter
    (Domestic)
    (JACKSONVILLE, FL 32241)
    (Weight:0 Lb 0.40 Oz)
    (Expected Delivery Day)
    (Saturday 04/23/2016)
Certified             1        $3.30
    (USPS Certified Mail #)
    (70151520000138568233)
-----------------------------------------
Total                          $3.77
-----------------------------------------
Cash                           $4.00
Change                         ($0.23)
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit USPS.com USPS Tracking or call 1-800-222-1811.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5956-0313-006-00000-25917-02

or scan this code with
your mobile device:

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

JACKSONVILLE, FL 32241

OFFICIAL USE

| Certified Mail Fee | $3.30 | 0001 |
| --- | --- | --- |
| | | 13 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage  $0.47

Total Postage and Fees  $3.77

Sent To: American Legal Claim Services
Street and Apt. No., or PO Box No.: PO Box 23680
City, State, ZIP+4: Jacksonville FL 32241

Postmark REDDING CA APR 20 2016

7015 1520 0001 3856 8233

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



Customer Service     USPS Mobile                                    Register / Sign In

# USPS.COM®

## racking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

)er: 70151520000138568233

'ery Day: **Saturday, April 23, 2016**

## Tracking Information

**Features:**
Certified Mail™

| | STATUS OF ITEM | LOCATION |
|---|---|---|
| 7:14 am | Delivered, PO Box | JACKSONVILLE, FL 32241 |

een delivered and is available at a PO Box at 7:14 am on April 23, 2016 in
E, FL 32241.

| 12:50 am | Departed USPS Destination Facility | JACKSONVILLE, FL 32203 |
|---|---|---|
| 8:04 am | Arrived at USPS Destination Facility | JACKSONVILLE, FL 32203 |
| 11:02 pm | Departed USPS Facility | WEST SACRAMENTO, CA 95799 |
| 9:41 pm | Arrived at USPS Origin Facility | WEST SACRAMENTO, CA 95799 |
| 12:52 pm | Acceptance | REDDING, CA 96002 |

## Available Actions

**Text Updates**

**Email Updates**

## other Package

pt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

