**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| **JASON DAVID BROWN, LASZLO BOZSO,** and **MERIS DUDZIC,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **LOWE'S COMPANIES, INC.,** and **LEXISNEXIS SCREENING SOLUTIONS, INC.** <br><br> Defendants. | No. 5:13-CV-00079-RLV-DSC <br> (consolidated case number) |
| **APRIL INGRAM-FLEMING,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **LOWE'S HOME CENTERS, LLC,** d/b/a **LOWE'S,** <br><br> Defendant. | No. 5:15-CV-00018-RLV-DSC |

## PLAINTIFFS' NOTICE OF FILING

The Plaintiffs, through counsel, hereby give notice of the filing of the following documents in advance of the hearing scheduled for Monday, June 6, 2016:

1. Declaration of American Legal Claim Services, LLC regarding election forms submitted by Brian Frank Greer, dated June 1, 2016;

2. Declaration of Craig C. Marchiando in support of final approval of class action settlement and response to objection by Brian Greer, dated June 1, 2016.

Respectfully submitted this 3rd day of June, 2016.

>s/Mona Lisa Wallace
>Mona Lisa Wallace (NC Bar No. 9021)
>John Hughes (NC Bar No. 22126)
>WALLACE and GRAHAM, P.A.
>525 North Main Street
>Salisbury NC 28144
>Telephone: (704) 633-5244
>Facsimile: (704) 633-9434
>MWallace@WallaceGraham.com
>JHughes@WallaceGraham.com
>
>Brett E. Dressler
>Sellers, Ayers, Dortch & Lyons, PA
>301 S. McDowell, Suite 410
>Charlotte NC 28277
>Telephone: (704) 377-5050
>Facsimile: (704) 339-0172
>bdressler@sellersayers.com
>
>Leonard Anthony Bennett
>Consumer Litigation Associates, P.C.
>763 J Clyde Morris Blvd., Suite 1-A
>Newport News VA 23601
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>lenbennett@clalegal.com
>
>Luis A. Cabassa
>Brandon J. Hill
>Wenzel Fenton Cabassa, P.A.
>1110 N. Florida Ave., Suite 300
>Tampa FL 33602
>Telephone: (813) 379-2565
>Facsimile: (813) 229-8712
>lcabassa@wfclaw.com
>bhill@wfclaw.com

Michael A. Caddell
Cynthia B. Chapman
Caddell & Chapman
1331 Lamar St, Suite 1070
Houston TX 77010
Telephone: (713) 751-0400
Facsimile: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com

Matthew Anderson Dooley
Anthony Rocco Pecora
O'Toole McLaughlin Dooley & Pecora Co. LPA
5455 Detroit Road
Sheffield Village OH 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
mdooley@omdplaw.com
apecora@omdplaw.com

Ian B Lyngklip
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield MI 48075
Telephone: (248) 208-8864
Facsimile: (248) 208-9073
Ian@MichiganConsumerLaw.com

*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                              s/ John Hughes
                              Mona Lisa Wallace (NC Bar No. 9021)
                              John Hughes (NC Bar No. 22126)
                              WALLACE and GRAHAM, P.A.
                              525 North Main Street
                              Salisbury NC 28144
                              Telephone: (704) 633-5244
                              Facsimile: (704) 633-9434
                              MWallace@WallaceGraham.com
                              JHughes@WallaceGraham.com