# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00079-RLV-DSC

| | |
|---|---|
| JASON DAVID BROWN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| LOWE'S COMPANIES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Priya Bali]" (document # 163) filed August 30, 2016. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: August 30, 2016

David S. Cayer
United States Magistrate Judge