RECEIVED
Charlotte, NC
OCT 14 2016
Clerk, US District Court
Western District NC

FILED
STATESVILLE, N.C.
OCT 14 2016
U.S. District Court
Western District of N.C.

To all involved parties,

In the Settlement case of Brown, et al. v. Lowe's Companies, Inc., Case No. 5:13-CV-00079-RLV-DSC I object the terms. As previously stated a small monetary payment will not suffice a lifetime of employment. People with felonies that are giving the impression by a company should be allowed to work for that company. Especially if their conviction is not relevant in harming the business. I am looking for a settlement of a person of my choosing to be allowed fair employment. People need a chance to be a regular citizen especially when they make a mistake at a young age, and follow the rules set by the judicial system.

RECEIVED
STATESVILLE, NC
OCT 19 2016
Clerk, U.S. Dist. Court
W. Dist. of N.C.

Bicentanul Long

472 Kenilworth Avenue

Pontiac, Michigan 48342

248-214-4102 or 248-212-5869

***I do not plan to appear, but am willing to appear if notified my appearance is necessary***