**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | | |
|---|---|---|
| JASON DAVID BROWN, LASZLO BOZSO, and MERIS DUDZIC, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:13-CV-00079-RLV-DSC (consolidated case number) |
| FIRST ADVANTAGE BACKGROUND CORP., f/d/b/a LEXISNEXIS SCREENING SOLUTIONS, | ) ) ) ) | |
| Defendant. | ) ) | |
| APRIL INGRAM-FLEMING, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 5:15-CV-00018-RLV-DSC |
| LOWE'S HOME CENTERS, LLC, d/b/a LOWE'S, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING PLAINTIFF JASON BROWN'S CONSENT MOTION FOR
VOLUNTARY DISMISSAL OF CLAIMS UNDER 15 U.S.C. § 1681i**

The Court has considered the consent motion of Plaintiff Jason D. Brown for voluntary dismissal of his individual claims brought under 15 U.S.C. §1681i. The motion is **GRANTED**. It is **ORDERED** that:

(1) Count 4 (¶¶ 113–116) and Count 6 (¶¶ 125–130) of Plaintiffs' Third Amended Complaint (Doc. 114), setting forth Plaintiff Jason D. Brown's individual claims asserted under 15 U.S.C. § 1681i, are **DISMISSED, WITH PREJUDICE**; and

(2) All other claims asserted against First Advantage Background Services Corp., f/d/b/a LexisNexis Screening Solutions, Inc., by Brown and Plaintiff Laszlo Bozso—both individually and on behalf of a putative class—will remain in the case as pleaded.

Signed: November 10, 2016

Richard L. Voorhees
United States District Judge