IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JASON DAVID BROWN, <br> LASZLO BOZSO and <br> MERIS DUDZIC, <br> Individually and on behalf of <br> all others similarly situated <br><br> Plaintiffs, <br><br> vs. <br><br> LOWE'S COMPANIES, INC., and <br> FIRST ADVANTAGE <br> BACKGROUND SERVICES CORP. <br> f/k/a LEXISNEXIS SCREENING <br> SOLUTIONS, INC. <br><br> Defendants. | CASE NO. 5:13-cv-00079 |

**DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant First Advantage Background Services Corp., f/k/a LexisNexis Screening Solutions, Inc. ("First Advantage"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves the Court to grant it partial summary judgment on Count 3 of Plaintiffs' Third Amended Complaint, which alleges that First Advantage violated 15 U.S.C. § 1681k by failing to send procedural notices to the Plaintiffs the same day it reported the public record information it gathered on them to Lowe's. This claim must be dismissed as to both Plaintiffs because the uncontroverted evidence shows that First Advantage in fact sent notices to each of them on the *same day* it reported the results of its background checks to Lowe's. Plaintiffs' Count 3 is also subject to

10442698v1

summary judgment because it alleges a "willful" violation of § 1681k, but Plaintiffs cannot meet the relevant requirements of *Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 57 (2007), to maintain such a claim. Count 3 is further subject to summary judgment because if fails the Article III test enunciated by the United States Supreme Court in *Spokeo, Inc. v. Robins*, 578 U.S. ___, 136 S. Ct. 1540 (2016). For any or all of these same reasons, Plaintiffs cannot be members of the putative class they seek to represent, and therefore the decapitated class claim in Count 3 also must be dismissed.

In support of this Motion, First Advantage relies on: (a) its Memorandum of Law in Support of its Motion for Partial Summary Judgment and all exhibits thereto; (b) Statement of Material Facts to Which there is no Genuine Dispute; (c) Declaration of Matthew Brian O'Connor in Support of First Advantage's Motion for Partial Summary Judgment and all exhibits thereto; (d) Declaration of Kevin Sampler and all exhibits thereto; and (e) all other matters of record on file with the Court.

WHEREFORE, First Advantage respectfully requests that the Court grants its Motion for Partial Summary Judgment and dismiss Count 3 of the Third Amended Complaint with prejudice.

Respectfully submitted this 20th day of January, 2017.

/s/ Robert E. Harrington
Robert W. Fuller
N.C. Bar No. 10887
rfuller@robinsonbradshaw.com
Robert E. Harrington
N.C. Bar No. 26967
rharrington@robinsonbradshaw.com
Pearlynn G. Houck

10442698v1

2

Case 5:13-cv-00079-RLV-DSC   Document 179   Filed 01/20/17   Page 2 of 5

N.C. Bar No. 36364
phouck@robinsonbradshaw.com

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: 704-377-2536
Facsimile: 704-378-4000

Henry R. Chalmers
Georgia Bar No. 118715
Admitted *pro hac vice*
henry.chalmers@agg.com
C. Knox Withers
Georgia Bar No. 142482
Admitted *pro hac vice*
knox.withers@agg.com
Edward P. Cadagin
Admitted *pro hac vice*
Edward.cadagin@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: 404-873-8500
Facsimile: 404-873-8501

Jeffrey S. Jacobovitz
D.C. Bar No. 346569
Admitted *pro hac vice*
jeffrey.jacobovitz@agg.com

ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue, N.W., Suite 1000
Washington, D.C. 20006
Telephone: 202-677-4030
Facsimile: 202-677-4031

*Counsel for LexisNexis Screening Solutions, Inc., n/k/a First Advantage LNS Screening Solutions, Inc.*

10442698v1

3

## Certificate of Service

I hereby certify that on January 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such to the following counsel of record:

Anthony Rocco Pecora Matthew
Anderson Dooley O'Toole
McLaughlin Dooley & Pecora Co. LPA
5455 Detroit Road
Sheffield Village, OH 44054
apecora@omdplaw.com
dooley@omdplaw.com

Michael A. Caddell
Cynthia B. Chapman
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77101-3027
mac@caddellchapman.com
cbc@caddellchapman.com

Craig C. Marchiando
Leonard Anthony Bennett
Consumer Litigation Associates
763 J.Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
craig@clalegal.com
lenbennett@clalegal.com

Brett E. Dressler
Sellers, Ayers, Dortch & Lyons, PA 301 S. McDowell, Suite 410
Charlotte, NC 28277
bdressler@sellershinshaw.com

Brandon J. Hill
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
bhill@wfclaw.com

Brent Alan Rosser
Hunton & Williams LLP
101 South Tryon Street Suite 3500
Charlotte, NC 28280
brosser@hunton.com

Kevin James White
Robert T. Quackenboss
Hunton & Williams LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
khwhite@hunton.com
rquackenboss@hunton.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Center, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
Ian@MichiganConsumerLaw.com

Mona Lisa Wallace
Wallace & Graham, PA
525 N. Main St.
Salisbury, NC 28144
mwallace@wallacegraham.com

Luis A. Cabassa
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
lcabassa@wfclaw.com

John S. Hughes
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
jhughes@wallacegraham.com

10442698v1

Daniel Ray Francis
Wallace & Graham P.A.
525 North Main Street
Salisbury, NC 28144
dfrancis@WallaceGraham.com


*/s/ Robert E. Harrington*
Robert E. Harrington
N.C. Bar No. 26967

*Counsel for First Advantage Background Services Corp.*