IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00079-RLV-DSC

| | |
|---|---|
| JASON DAVID BROWN et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| LOWE'S COMPANIES, INC. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court on the "Joint Notice of Settlement and Joint Motion to Stay Briefing Pending Completion of Settlement" (document #200) filed March 15, 2017.

After conferring with the chambers of the Honorable Richard L. Voorhees, the Court hereby GRANTS the parties' Joint Motion for a stay of the proceedings. The parties shall file a dismissal or provide the Court with a report on their progress in completing the terms of settlement no later than May 15, 2017.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

Signed: March 16, 2017

David S. Cayer
United States Magistrate Judge