# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:13-CV-00079-RLV-DSC

| | |
|---|---|
| JASON DAVID BROWN et al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| LOWE'S COMPANIES, INC. et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Report on Status of Settlement" (document #202) filed May 15, 2017.

After conferring with the chambers of the Honorable Richard L. Voorhees, the Court hereby **GRANTS** the parties an additional fourteen days to finalize the settlement paperwork.

The parties shall file a dismissal or provide the Court with a report on their progress in completing the terms of settlement no later than May 29, 2017.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Richard L. Voorhees.

**SO ORDERED.**

Signed: May 18, 2017

David S. Cayer
United States Magistrate Judge