IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:13-CV-00079-RLV-DSC

JASON DAVID BROWN and LASZLO BOZSO,

    Plaintiffs,

v.

FIRST ADVANTAGE BACKGROUND CORP., f/d/b/a/ LEXISNEXIS SCREENING SOLUTIONS, INC.,

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Jason David Brown and Laszlo Bozso's Stipulation of Dismissal and Consent Motion for Approval of Dismissal. (Doc. 206). Having reviewed the Stipulation of Dismissal, the Court concludes that good cause supports the Consent Motion for Approval of Dismissal.[1] Accordingly, the Court **APPROVED** the terms of Plaintiff's Consent Motion for Approval of Dismissal, **GRANTS** the Consent Motion for Approval of Dismissal (Doc. 206), and **ORDERS** that Plaintiffs' (1) individual claims against Defendant First Advantage Background Corp., f/d/b/a LexisNexis Screening Solutions, Inc., are **DISMISSED WITH PREJUDICE**; and (2) proposed class claims against Defendant First

---

[1] The Court notes that the Stipulation of Dismissal asserts that Meris Dudzic "dismissed all of her claims against Defendant with prejudice." (Doc. 206 at 1). In actuality, no formal dismissal occurred but the pending complaint, which is the Third Amended Complaint (Doc. 114), specifically states that Meris Dudzic does not assert any claims against Defendant First Advantage Background Corp. (Doc. 114 at 5). Accordingly, Meris Dudzic, who did bring claims against Lowe's Companies, Inc., a former defendant in this action, ceased being a party to this litigation when a settlement was reached as to the claims against Lowe's Companies, Inc. (*See* Doc. 173). Similarly, April Ingram-Fleming, who brought a separate action against only Lowe's Companies, Inc. that was consolidated with this action, also ceased being a party to this litigation when a settlement was reached as to the claims against Lowe's Companies, Inc.

Advantage Background Services Corp., f/d/b/a LexisNexis Screening Solutions, Inc., are **DISMISSED WITHOUT PREJUDICE**.

In its April 22, 2016 Protective Order (Doc. 111), the Court stated that, "Pursuant to the Court's Pretrial Order and Case Management Plan (Doc. 53), the ultimate disposition of Confidential Materials shall be subject to a final order of the Court upon completion of this litigation." Accordingly, the Court further **ORDERS** that all documents marked "confidential" that were produced in this civil action shall be destroyed by the parties and counsel who received them by July 26, 2017.

**SO ORDERED.**

Signed: June 26, 2017

Richard L. Voorhees
United States District Judge